M. Rodney JONES, Plaintiff–Appellant,

v.

State of SOUTH CAROLINA; South Carolina Department of Corrections; Gary D. Maynard, Director; Jim Hodges, The South Carolina Governor; Charlie Condon, The South Carolina Attorney General; Robert W. Stewart, South Carolina Sled Chief; Jim christopher, South Carolina Sled Chief; Brenton Glisson, South Carolina Department of Corrections PCI Doctor, Defendants–Appellees.

No. 02–7710.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 18, 2003.

M. Rodney Jones, Appellant Pro Se. Saunders McKenzie Bridges, Bridges, Orr, Derrick & Ervin, Florence, South Carolina; Robert E. Lee, Amy Anderson Wise, Aiken Bridges, Florence, South Carolina, for Appellees.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

PER CURIAM.

M. Rodney Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000), complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Jones v. South Carolina,* No. CA–02–157–3–24 (D.S.C. Sept. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*